# Exhibit

# 3

To Whom it may Concern:

Princess and Chevelle Thomas have tried on several occasions to testify on behalf of Leonard Logan. We were brought to Chicago by the Chicago Judical System and was told that we would be testifying on Leonard's behalf we never did testify. In fact we were held in a witness room until the triail was over. We never spoke to anyone about anything, not even Leonard's lawyer. We really don't know what else there is for us to do if the courts will not here us out. We know for a fact that Leonard was here in Milwaukee at the time of the so called crime he committed. As I stated before we were never heard. If there is any farther statements or assistants needed we can be reached at (414) 873-5918

Message (414) 462-3687

4051 N. 60th St Milwaukee Wisconsin 53216

Subscribed and sworn to before me this 5th day of March 200[illegible]

Ben Fiebe[illegible]

Notary Public, State of Wisconsin

My commission expires 2/5/2004

BENJAMIN J. FIEBE[illegible] NOTARY PUBLIC STATE OF WISCONSIN

Princess Thomas 3/5/01

Chevelle Thomas 3-5-01

C 158