# Exhibit

# 4

3638\306901938.v1

FILED DATE: 5/28/2024 1:20 PM 97CR1928801

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**CRIMINAL DIVISION**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 97 CR 19288 |
| | ) | |
| LEONARD LOGAN, | ) | Hon. Henry R. Simmons |
| | ) | |
| Defendant/Petitioner. | ) | |

**AFFIDAVIT OF PRINCESS THOMAS**

I, Princess Thomas, being first duly sworn under oath and based upon my personal and direct knowledge, hereby depose and state as follows:

1. That affiant is over 18 years of age, having been born on November 25, 1968, residing in the State of Wisconsin, is not under the influence of any alcohol or drugs, and is giving this statement freely and voluntarily, and has not been promised or received anything in exchange for this truthful statement.

2. That affiant has personal knowledge of the facts stated herein and will testify to them if called upon to do so.

3. I was well acquainted with Leonard Logan prior to March, 1997 and familiar with his appearance.

4. I sought to testify on behalf of Leonard Logan at his trial.

5. I never told Mr. Miraglia, Mr. Thomas, Mr. Kelly, nor anyone else that it would be better for Mr. Logan that I not testify.

EXHIBIT
18

6. I never told Mr. Miraglia, Mr. Thomas, Mr. Kelly, nor anyone else that I did not want to testify.
7. I would have testified that I knew that Mr. Logan arrived in Milwaukee on the evening of March 17, 1997 and stayed in Milwaukee for at least two days.
8. I have never referred to any "domestic violence issue" between Leonard Logan and Ms. Payton.
9. I have never been aware of any "domestic violence issue" between Leonard Logan and Ms. Payton.
10. I never told Mr. Miraglia, Mr. Thomas, Mr. Kelly, nor anyone else that I knew of any "domestic violence issue" between Leonard Logan and Ms. Payton.

FURTHER YOUR AFFIANT SAYETH NOT.

SUBSCRIBED and SWORN to before me this 2 day of ~~November, 2005~~ JAN. 2006.

[signature] 1/1/05
Princess Thomas
[signature]

[signature]
Notary Public
MY COMISSON EXPIRES ON NOV. 29, 2009