# Exhibit

# 8

Ringer

Text RCS
Tue, J 45 PM

PT
Princess ›

Goo Ms Thomas. I tried calling you yesterday and today. The parties in Mr. Logan's lawsuit are available to take your deposition on Wednesday February 25, 2026 at 11AM. We will travel to Milwaukee for the deposition so it will be less of an inconvenience to you. My direct office telephone number is 312-704-3877 if you have any questions.

Regards

William E. Bazarek
Counsel for Defendant Sinson

Tue, Jan 27 at 5:47 PM

Sorry I missed your call my sister chevelle has been trying to call you all no answer from you all and  why am I the only one being asked to make a statement I'm not feeling comfortable with this how many others have to give statements  I'm fear for my life at this point and I don't want anything to do with this also I work weekdays not off until 2:00 pm daily

Text Message • RCS

Hi - we can start your

comfortable with this how ma[...]ners have to give statements I'm fear for my life [...]his point and I d[...]want [...]thing to do wit[...]lso I work weekdays no[...]ntil 2:00 pm daily

11:36 5G 79

PT

Princess ›

Wed, Jan 28 at 2:31 PM

Hi - we can start your deposition at 2:30 pm so as to not interfere with your work and we can arrange for your transportation to and from the deposition. What is Chevelle's phone number ? I will be glad to giver her a call.

Thanks

Tue, Feb 3 at 8:57 AM

I can do 2:30 on Wednesday

Tue, Feb 3 at 12:43 PM

Good afternoon and thank you very much, would you like me to email you the subpoena ?

Wed, Feb 4 at 2:27 PM

I'm here

The deposition is on February 25

Okay 👍

Text Message • RCS

Good afternoon Ms. Thomas - My firm arranging

I'm here

11:37

The deposition is on February 25

PT

Princess

Okay 👍

Thu, Feb 19 at 4:30 PM

Good afternoon Ms. Thomas - My firm arranging transportation for you to attend the deposition on Feb 25, what is your work address to pick you up at ?

Regards
William

Fri, Feb 20 at 2:08 PM

Hello - following up from yesterday's message.

Thanks

Read 2/22/26

Mon, Feb 23 at 11:29 AM

Good morning Ms. Thomas - your deposition will take place at 3:00 pm on Wednesday February 25. The deposition location is 10150 W. National Ave, Milwaukee WI 53227. We will also have a witness fee check for you.

Thanks
William

Text Message • RCS

Hello - location of deposition

William

11:37

Fri, Feb 20 at 2:08 PM

PT

Princess

following up from ...day's message.

Read 2/22/26

Mon, Feb 23 at 11:29 AM

Good morning Ms. Thomas - your deposition will take place at 3:00 pm on Wednesday February 25. The deposition location is 10150 W. National Ave, Milwaukee WI 53227. We will also have a witness fee check for you.

Thanks
William

Mon, Feb 23 at 2:16 PM

Hello - location of deposition has been changed to Third Ward Executive Suites located at 342 N. Water Street, Suite 600, Milwaukee, WI 53202.

Wed, Feb 25 at 3:15 PM

Hello Ms Thomas - are you running late for the deposition ? The parties are all waiting for you to appear at today's deposition.

Delivered

Text Message • RCS