# Exhibit

# 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LEONARD LOGAN,
Plaintiff,
v. No. 24 CV 3897
CITY OF CHICAGO, et al.,
Defendants.

---

REMOTE VIDEOTAPED STATEMENT ON THE RECORD RE

THE DEPOSITION OF

PRINCESS THOMAS

TAKEN ON

WEDNESDAY, FEBRUARY 25, 2026

3:03 P.M.

342 N. WATER STREET

MILWAUKEE, WISCONSIN 53202

REMOTE APPEARANCES

Appearing on behalf of the Plaintiff:
JORDAN POOLE, ESQUIRE
Loevy and Loevy
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
(312) 243-5900
poole@loevy.com

Appearing on behalf of Defendant, Kent Sinson:
MICHAEL C. STEPHENSON, ESQUIRE
Hinshaw and Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
(312) 704-3000
mstephenson@hinshawlaw.com



REMOTE APPEARANCES (CONTINUED)

Appearing on behalf of Defendant, City of Chicago:
ANTHONY MASCIOPINTO, ESQUIRE
Kulwin Masciopinto and Kulwin
161 N. Clark Street, Suite 2500
Chicago, IL 60601
(312) 641-0300
amasciopinto@kmklawllp.com

Appearing on behalf of Defendant, Officer Glynn Evans:
CHRISTOPHER SLOSS, ESQUIRE
O'Connor and Battle LLP
111 W. Jackson Boulevard, Suite 1700
Chicago, IL 60604
(312) 786-4600
csloss@mokblaw.com



REMOTE APPEARANCES (CONTINUED)

Appearing on behalf of Defendants, all officers individually:
MICHELLE HEYMAN-KANTOR, ESQUIRE
Hale and Monico LLC
53 W. Jackson Boulevard, Suite 334
Chicago, IL 60604
(312) 500-2951
mhk@halemonico.com

Appearing on behalf of State Farm Insurance:
LAUREN E. HELLER, ESQUIRE
Gallo and Associates
120 N. LaSalle Street, Suite 1900
Chicago, IL 60602
(312) 683-3000
Lauren.heller.gc7h@statefarm.com

Also Present:
Jess Bryan, NDT Technician



EXHIBIT INDEX

| EXHIBIT | PAGE |
|---|---|
| (NONE MARKED) | |

REMOTE VIDEOTAPED STATEMENT ON THE RECORD RE
THE DEPOSITION OF
PRINCESS THOMAS
TAKEN ON
WEDNESDAY, FEBRUARY 25, 2026
3:03 P.M.

THE VIDEOGRAPHER: We are on the record. The time is 3:02 p.m. The date is February 25th, 2026. This is the beginning of the deposition of Princess Thomas. Case caption is Logan vs. Chicago. Will the counsel introduce yourselves and state who you represent.

I'll go first. Defense can go first. I'm doing myself and then the officers and then the city. So I, Michael Stephenson, represent former ASA Kent Sinson.

MS. HEYMAN-KANTOR: Michelle Heyman-Kantor, on behalf of the individual defendant officers, appearing via Zoom.

MR. MASCIOPINTO: Tony -- I'm sorry, go ahead.

MR. SLOSS: Christopher Sloss, on behalf of Officer Glenn Evans.

MR. MASCIOPINTO: Tony Masciopinto on



behalf of the Defendant City, appearing remotely.

MR. POOLE: Jordan Poole on behalf of the plaintiff, also appearing remotely.

MR. STEPHENSON: All right. Good afternoon, everybody. Thanks for joining. The witness has not yet appeared for her scheduled deposition which was noticed for February 25th, at 3 p.m., at 342 North Water Street, Suite 600, in Milwaukee, Wisconsin.

The witness had previously agreed to this date and time a few weeks ago, and we selected this date and time to accommodate what we're told is her work schedule. She had explained that her work schedule concludes around 2, 2:30 during the week, so we selected this time.

We selected this location, which is about six and a half miles within -- miles from her home, or about 15 minutes, according to Google Maps. At no point has the witness communicated to defense counsel that she couldn't appear at this deposition, and it's my understanding that she has not communicated to plaintiff's counsel that she couldn't appear either.

So given that it's about 3:05 p.m., we will give the witness an opportunity -- oh, let me



actually add one more thing.

All the attorneys and court reporter are appearing remotely; however, Stephen, the videographer, is in person in the conference room at 342 North Water Street, Suite 600. And Stephen, my understanding is that the witness does not appear to be in the building and has not approached reception either?

THE VIDEOGRAPHER: That is correct.

MR. STEPHENSON: Okay. All right. In light of that, we'll give the witness about another 10 minutes, around 3:15 p.m. I will give her a call. If she picks up, I will let everybody know. If not, we can reconvene at 3:20 p.m., and we can sign off accordingly if all the parties are in agreement.

MR. POOLE: That's fine.

MS. HEYMAN-KANTOR: Agreed.

MR. STEPHENSON: All right. Thanks, everyone. Talk to you soon.

THE VIDEOGRAPHER: Okay. And then we'll go off the record?

MR. STEPHENSON: That's fine. Thanks, Stephen.

THE VIDEOGRAPHER: The time is 3:05, and



we are off the record.

(WHEREUPON, a recess was taken.)

MR. STEPHENSON: All right. Michael Stephenson here on behalf of Defendant Sinson. We called the witness, Ms. Thomas, at the previously provided phone number 414-712-0370. No answer. We're not able to leave a voicemail either.

I did ask the videographer Stephen to then just go check the lobby again just a moment ago, at 3:22 p.m., to confirm that no one else was there. Stephen kindly did so and confirmed that no one else was in the lobby.

Jordan Poole, plaintiff's counsel, and myself joined this video deposition around 2:30 p.m., out of abundance of caution. No sign of the witness 30 minutes before the start time and no sign of the witness in the 25 minutes, 23 minutes since the start, the scheduled start time of 3 p.m.

In light of all those facts, we are going to terminate the deposition at this point. If anyone has anything else they want to put on the record, please do so now.

MR. POOLE: Nothing from plaintiff.

MR. STEPHENSON: All right. Nothing from codefendants? Okay. Great.

I would like to order the transcript. Christy, are able to advise when you can have this completed?

THE REPORTER: So our normal turn-around time is 10 business days. If you need it sooner than that, it can be accommodated. It's just up to you.

MR. STEPHENSON: All right. Can you -- can you get it me sooner than the 10 business days, please?

THE REPORTER: Okay. I'm looking at the calendar now. How soon do you need it? Like end of this week, middle of next week?

MR. STEPHENSON: Can you -- can you get it to me next week? Is that -- is that fine?

THE REPORTER: Sure. The 4th, that's next Wednesday, so --

MR. STEPHENSON: That's fine. That would be helpful.

THE REPORTER: Okay. All right. And would anybody else like to order a copy of this little tiny transcript?

MR. POOLE: No, thank you.

MR. MASCIOPINTO: No thanks.

THE REPORTER: All right.



THE VIDEOGRAPHER: And same with the video. Would anybody like to order a video recording?

MR. MASCIOPINTO: No thanks.

MS. HELLER: No, thank you.

MR. STEPHENSON: All right. If that's everything, I appreciate everyone's time. Thank you.

THE REPORTER: We are off --

THE VIDEOGRAPHER: The time is 3:25 p.m. We are off the record.

(WHEREUPON, the statement on the record re the deposition of PRINCESS THOMAS concluded at 3:25 p.m.)



CERTIFICATE

I, the undersigned Stephen Koontz, am a videographer on behalf of NAEGELI Deposition & Trial. I do hereby certify that I have accurately made the videorecording of the deposition of Princess Thomas, in the above captioned matter on the 25th day of February, 2026 taken at the location of Milwaukie, WI.

No alterations, additions, or deletions were made thereto.

I further certify that I am not related to any of these parties in the matter and I have no financial interest in the outcome of this matter.

Stephen Koontz



CERTIFICATE

I, Christy N. Carter, do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel or any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 2nd day of March, 2026.

Christy N. Carter, CER No. 2551

**1**

**10** 8:12 10:5,9
**15** 7:18

**2**

**2** 7:14
**2026** 6:10
**23** 9:17
**25** 9:17
**25th** 6:9 7:7
**2:30** 7:14 9:14

**3**

**3** 7:7 9:18
**30** 9:16
**342** 7:8 8:5
**3:02** 6:9
**3:05** 7:24 8:25
**3:15** 8:12
**3:20** 8:14
**3:22** 9:10
**3:25** 11:10

**4**

**414-712-0370** 9:6
**4th** 10:16

**6**

**600** 7:8 8:5

**A**

**abundance** 9:15
**accommodate** 7:12
**accommodated** 10:6
**add** 8:1
**advise** 10:2
**afternoon** 7:5
**agreed** 7:10 8:18
**agreement** 8:16
**ahead** 6:22
**appeared** 7:6
**appearing** 6:20 7:1,3 8:3
**approached** 8:7
**ASA** 6:17
**attorneys** 8:2

**B**

**beginning** 6:10
**behalf** 6:19,23 7:1,2 9:4
**building** 8:7
**business** 10:5,9

**C**

**calendar** 10:12
**call** 8:13
**called** 9:5
**caption** 6:11
**Case** 6:11
**caution** 9:15
**check** 9:9
**Chicago** 6:11
**Christopher** 6:23
**Christy** 10:2
**city** 6:16 7:1
**codefendants** 9:25
**communicated** 7:19,22
**completed** 10:3
**concludes** 7:14
**conference** 8:4
**confirm** 9:10
**confirmed** 9:11
**copy** 10:21
**correct** 8:9
**counsel** 6:12 7:20,22 9:13
**court** 8:2

**D**

**date** 6:9 7:11,12
**days** 10:5,9
**defendant** 6:19 7:1 9:4
**defense** 6:14 7:19
**deposition** 6:10 7:7,20 9:14,20

**E**

**end** 10:12
**Evans** 6:24
**everyone's** 11:7
**explained** 7:13

**F**

**facts** 9:19
**February** 6:9 7:7
**fine** 8:17,23 10:15,18

**G**

**give** 7:25 8:11,12
**Glenn** 6:24
**Good** 7:4
**Google** 7:18
**Great** 9:25

**H**

**half** 7:17
**HELLER** 11:5
**helpful** 10:19
**Heyman-** 6:18
**HEYMAN-KANTOR** 6:18 8:18
**home** 7:17

**I**

**individual** 6:19
**introduce** 6:12

**J**

**joined** 9:14

**joining** 7:5
**Jordan** 7:2 9:13

K

**Kantor** 6:19
**Kent** 6:17
**kindly** 9:11

L

**leave** 9:7
**light** 8:11 9:19
**lobby** 9:9,12
**location** 7:16
**Logan** 6:11

M

**Maps** 7:18
**Masciopinto** 6:21, 25 10:24 11:4
**Michael** 6:16 9:3
**Michelle** 6:18
**middle** 10:13
**miles** 7:17
**Milwaukee** 7:9
**minutes** 7:18 8:12 9:16,17
**moment** 9:9

N

**normal** 10:4
**North** 7:8 8:5
**noticed** 7:7
**number** 9:6

O

**Officer** 6:24
**officers** 6:15,20
**opportunity** 7:25
**order** 10:1,21 11:2

P

**p.m.** 6:9 7:8,24 8:12, 14 9:10,15,18 11:10
**parties** 8:15
**person** 8:4
**phone** 9:6
**picks** 8:13
**plaintiff** 7:3 9:23
**plaintiff's** 7:22 9:13
**point** 7:19 9:20
**Poole** 7:2 8:17 9:13, 23 10:23
**previously** 7:10 9:5
**Princess** 6:11
**provided** 9:6
**put** 9:21

R

**reception** 8:7
**recess** 9:2
**reconvene** 8:14
**record** 6:8 8:22 9:1, 22 11:11
**recording** 11:3
**remotely** 7:1,3 8:3
**reporter** 8:2 10:4,11, 16,20,25 11:9
**represent** 6:13,16
**room** 8:4

S

**schedule** 7:13,14
**scheduled** 7:6 9:18
**selected** 7:11,15,16
**sign** 8:15 9:15,16
**Sinson** 6:17 9:4
**Sloss** 6:23
**sooner** 10:5,9
**start** 9:16,18
**state** 6:12
**Stephen** 8:3,5,24 9:8,11
**Stephenson** 6:16 7:4 8:10,19,23 9:3, 4,24 10:8,14,18 11:6
**Street** 7:8 8:5
**Suite** 7:8 8:5

T

**Talk** 8:20
**terminate** 9:20
**thing** 8:1
**Thomas** 6:11 9:5
**time** 6:9 7:11,12,15 8:25 9:16,18 10:5 11:7,10
**tiny** 10:22
**told** 7:12
**Tony** 6:21,25
**transcript** 10:1,22
**turn-around** 10:4

U

**understanding** 7:21 8:6

V

**video** 9:14 11:2
**voicemail** 9:7

W

**Water** 7:8 8:5
**Wednesday** 10:17
**week** 7:14 10:13,15
**weeks** 7:11
**Wisconsin** 7:9
**work** 7:13

Z

**Zoom** 6:20