# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| LEONARD LOGAN, *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-mc-12 |
| CITY OF CHICAGO, et al., *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Defendant Kent Sinson .

Date: 03/12/2026

/s/ Michael Stephenson
*Attorney's signature*

Michael Stephenson, IL 6317853
*Printed name and bar number*

Hinshaw & Culbertson, LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
*Address*

mstephenson@hinshawlaw.com
*E-mail address*

(312) 704-3127
*Telephone number*

(312) 704-3001
*FAX number*