**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| LEONARD LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-MC-12 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**CIVIL L.R. 7.1 DISCLOSURE**

The undersigned, counsel for Defendant Kent Sinson, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. Defendant Kent Sinson is the only party represented by undersigned counsel in this action.

2. No party represented by undersigned counsel is a corporation.

3. Hinshaw & Culbertson LLP is the only law firm whose attorneys will appear on behalf of Defendant Kent Sinson in this action.

Date: March 12, 2026

Respectfully submitted,

By: */s/ Michael Stephenson*
*Counsel for Kent Sinson*

Michael C. Stephenson
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
mstephenson@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 12, 2026, the foregoing document was filed with the Clerk of Court for the United States District Court for the Eastern District of Wisconsin via the CM/ECF system.

*/s/ Michael C. Stephenson*