IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| LEONARD LOGAN,<br><br>Plaintiff,<br>v.<br><br>CITY OF CHICAGO, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-MC-12 |

**PETITIONER'S STATUS REPORT**

Petitioner, Kent Sinson, submits this Status Report to apprise the Court that he served fact witness, Princess Thomas, this Court's Order, dkt. 6, which requires Thomas show cause in writing for her failure to comply with Petitioner's lawful deposition subpoena on or before June 3, 2026, and states as follows:

1. On May 20, 2026, the Court extended the deadline for Thomas to "show cause in writing for her failure to appear at her deposition on or before June 3, 2026." (Dkt. 6.)

2. Petitioner has since served a copy of this Order to Thomas as follows:

   a. On May 20, 2026, Petitioner's counsel emailed a copy of the Order to Thomas' email addresses at pcgpink1932@gmail.com and prink1968@gmail.com;[1]

   b. On May 21, 2026, Petitioner's counsel sent Thomas a text message containing a PDF of the Order to the same telephone number previously used to contact Thomas; and

[1] Whether Thomas uses these email addresses remains unconfirmed.

c. On May 21, 2026, Petitioner's investigator placed a copy of the Order in Thomas' front door, attached a copy to her mailbox, and attached a copy to her garage door in the alley at 2249 S. 62nd Street, Milwaukee, WI (ex. A).

Date: May 26, 2026

Respectfully submitted,

By: */s/ Michael Stephenson*
*Counsel for Kent Sinson*

Michael C. Stephenson
Illinois Bar Number: 6317853
Attorney for Petitioner
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
mstephenson@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 26, 2026, the foregoing document was filed with the Clerk of Court for the United States District Court for the Eastern District of Wisconsin via the CM/ECF system.

*/s/ Michael C. Stephenson*