# Exhibit

# A

UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF ILLINOIS

---

Leonard Logan,
Plaintiff,
vs.
City of Chicago, et al,
Defendants,

---

STATE OF WISCONSIN
MILWAUKEE COUNTY

Douglas L. Proulx swears as follows:

1. I am an adult resident of the State of Wisconsin and not a party to this action.

2. On the 21st day of May 2026, at 3:35 o'clock, in the p.m. at 2249 S. 62nd Street in the City of West Allis, Milwaukee County, State of Wisconsin, I served the Notice of Electronic Filing and Motion for Extension of Time to respond to the Order to Show Cause in the above-entitled action (attached Exhibit 1) on Princess Thomas. I observed the Chevy Impala, Wisconsin License plate AYE3464 registered to Noralynn Neita, an adult member of the household, parked on the street in front of 2249 S. 62nd Street, Werst Allis, Wisconsin. I knocked on the front door and received no response. I placed the documents between the interior and exterior front door, attached another copy of the documents to the mailbox next to the front door and also attached a copy of the documents to the garage door.

Douglas L. Proulx

Signed and sworn to before me this 22 day of May, 2026.

Notary Public, State of Wisconsin
My commission 01-07-2030

DIEGO MOCTEZUMA
NOTARY
PUBLIC
STATE OF WISCONSIN

# Exhibit

# 1

| | |
|---|---|
| **From:** | ecfmaster@wied.uscourts.gov |
| **To:** | ecfmaster@wied.uscourts.gov |
| **Subject:** | Activity in Case 2:26-mc-00012-BHL Logan v. Sinson Order on Motion for Extension of Time |
| **Date:** | Wednesday, May 20, 2026 2:47:16 PM |


***External email***

This message came from outside your organization.

Report Suspicious


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Wisconsin**

## Notice of Electronic Filing

The following transaction was entered on 5/20/2026 at 2:45 PM CDT and filed on 5/20/2026

**Case Name:** Logan v. Sinson
**Case Number:** 2:26-mc-00012-BHL
**Filer:**
**Document Number:** 6(No document attached)

**Docket Text:**
**TEXT ONLY ORDER signed by Judge Brett H. Ludwig on 5/20/2026 re: [5] Unopposed Motion for Extension of Time. Petitioner has asked the Court to grant Princess Thomas an additional 14 days to respond to the Courts order to show cause for her failure to attend her deposition. Petitioner has provided a copy of the Order to Thomas by placing it in Thomass front door, attaching a copy to her mailbox, attaching a copy to her garage door, and emailing and texting her copies of the Order. The Court GRANTS the motion, and extends the time for Thomas to show cause for her failure to attend her deposition by 14 days. Thomas must now show cause in writing for her failure to appear at her deposition on or before June 3, 2026. (cc: all counsel and mailed to pro se party)(jad)**

**2:26-mc-00012-BHL Notice has been electronically mailed to:**

Michael C Stephenson     mstephenson@hinshawlaw.com