**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| LEONARD LOGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 26-MC-12 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## PETITIONER'S STATUS REPORT

Petitioner, Kent Sinson, submits this Status Report to apprise the Court that he served fact witness, Princess Thomas, with this Court's Order, dkt. 9, which set a telephonic contempt hearing, and states as follows:

1. On August 18, 2026, the Court set this matter for a telephonic contempt hearing for August 31, 2026 at 10:00 a.m., and further ordered that Petitioner serve Thomas with notice of this hearing. (Dkt. 9.)

2. Petitioner has since served a copy of this Order to Thomas as follows:

   a. On August 19, 2026, Petitioner's counsel emailed a copy of the Order to Thomas' email addresses at pcgpink1932@gmail.com and prink1968@gmail.com;[1]

   b. On August 19, 2026, Petitioner's counsel sent Thomas a text message containing a PDF of the Order to the same telephone number previously used to contact Thomas; and

[1] Whether Thomas uses these email addresses remains unconfirmed.

c. On August 20, 2026, Petitioner's investigator placed a copy of the Order in Thomas' front door, attached a copy to her mailbox, and attached a copy to her garage door in the alley at 2249 S. 62nd Street, Milwaukee, WI. (Ex. 1.)

Date: August 31, 2026

Respectfully submitted,

By: */s/ Michael Stephenson*

*Counsel for Kent Sinson*

Michael C. Stephenson
Illinois Bar Number: 6317853
Attorney for Petitioner
Hinshaw & Culbertson LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
(312) 704-3000
mstephenson@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 31, 2026, the foregoing document was filed with the Clerk of Court for the United States District Court for the Eastern District of Wisconsin via the CM/ECF system.

*/s/ Michael C. Stephenson*