# Exhibit

# 1

UNITED STATES DISTRICT COURT
For the
NORTHERN DISTRICT OF ILLINOIS

---

Leonard Logan,
Plaintiff,
vs.
City of Chicago, et al,
Defendants,

---

STATE OF WISCONSIN
MILWAUKEE COUNTY

Douglas L. Proulx swears as follows:

1. I am an adult resident of the State of Wisconsin and not a party to this action.

2. On the 20th day of August 2026, at 5:55 o'clock, in the p.m. at 2249 S. 62nd Street in the City of West Allis, Milwaukee County, State of Wisconsin, I served the Notice of Electronic Filing and Order Setting Hearing, Notice of Contempt Hearing on Princess Thomas. I observed the Chevy Impala, Wisconsin License plate AYE3464 registered to Noralynn Neita, an adult member of the household, parked next to the garage for 2249 S. 62nd Street, West Allis, Wisconsin. I knocked on the front door and received no response. I observed an outdoor Security Camera affixed to the Soffit and positioned toward the front door I attached the documents to the front door, attached another copy of the documents to the mailbox next to the front door and also attached a copy of the documents to the overhead garage door.

____________________
Douglas L. Proulx

Signed and sworn to before me this 24
day of August, 2026.

____________________
Notary Public, State of Wisconsin
My commission 01-07-2030

DIEGO MOCTEZUMA
NOTARY
PUBLIC
STATE OF WISCONSIN

| | |
|---|---|
| **From:** | ecfmaster@wied.uscourts.gov |
| **To:** | ecfmaster@wied.uscourts.gov |
| **Subject:** | Activity in Case 2:26-mc-00012-BHL Logan v. Sinson Notice of Hearing |
| **Date:** | Tuesday, August 18, 2026 3:21:17 PM |


*****External email*****

This message came from outside your organization.

Report Suspicious



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**


**United States District Court**

**Eastern District of Wisconsin**

## Notice of Electronic Filing

The following transaction was entered on 8/18/2026 at 3:20 PM CDT and filed on 8/18/2026

| | |
|---|---|
| **Case Name:** | Logan v. Sinson |
| **Case Number:** | 2:26-mc-00012-BHL |
| **Filer:** | |
| **Document Number:** | 9(No document attached) |

**Docket Text:**

**Notice of Hearing: Telephonic Contempt Hearing reset for August 31, 2026 at 10:00 a.m. Counsel must call the Court conference line at 1-669-254-5252, enter Meeting ID 160 9600 2659 # and Passcode 243805 before the scheduled hearing time. Petitioner is directed to provide Princess Thomas with notice of this hearing. (cc: all counsel)(jad)**

**2:26-mc-00012-BHL Notice has been electronically mailed to:**

Michael C Stephenson     mstephenson@hinshawlaw.com, attorneyteam01support@hinshawlaw.com, courtfiling@hinshawlaw.com

**2:26-mc-00012-BHL Notice has been delivered by other means to:**

Leonard Logan