**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

Court Minutes

| | |
|---|---|
| HEARING DATE: | August 31, 2026 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 26-mc-12 |
| CASE NAME: | Logan v. Sinson |
| MATTER: | Civil Contempt–Princess Thomas |
| APPEARANCES: | Michael C. Stephenson, Attorney for Petitioner Sinson<br>Elizabeth Wang, Attorney for Plaintiff Logan<br>Tony Masciopinto, Attorney for Interested Party, City of Chicago<br>Princess Thomas, No appearance |
| TIME: | 10:04 a.m. –10:22 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 11**

---

The Court briefly summarized the procedural history of this miscellaneous case, including the failure of Witness Princess Thomas to respond to a properly served deposition subpoena in a civil case pending in the Northern District of Illinois and her failure to respond to this Court's Order to Show Cause, which allowed her the chance to comply with the deposition subpoena. Counsel for Petitioner reported on his filing of a further status update on the morning of the hearing, confirming that Thomas had been provided notice of today's telephone hearing. Nonetheless, Thomas did not appear by telephone. Counsel for Petitioner asked the Court to issue a writ of body attachment directing the U.S. Marshals Service to take Thomas into custody to enforce Petitioner's subpoena and compel her to sit for a deposition. Counsel for Plaintiff noted that Thomas is elderly and asked that the Court's order attempt to limit her time spent in custody.

The Court granted Petitioner's Request and found Thomas in civil contempt for failing to appear in response to the properly issued subpoena. The Court emphasized that it had given her multiple opportunities to comply, but she has chosen not to do so. Accordingly, the Court will issue a writ of body attachment directing the U.S. Marshals Service to take Thomas into custody and bring her before the Court. Once Thomas is taken into custody, the Court will conduct a telephone hearing to discuss arrangements for Thomas's compliance with her deposition subpoena.

Dated at Milwaukee, Wisconsin on August 31, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge