UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LEONARD LOGAN,

Plaintiff,

v.

Case No. 26-mc-0012-bhl

KENT SINSON,

Defendant.

---

**WRIT OF BODY ATTACHMENT**

---

**IT IS HEREBY ORDERED** that Petitioner Sinson's petition seeking a civil contempt order and writ of body attachment against non-party witness Princess Thomas is granted. Princess Thomas is found to be in civil contempt and shall remain in contempt of court until she appears for and answers questions pursuant to the deposition subpoena previously served upon her.

As a consequence of her contemptuous conduct, the Court directs the U.S. Marshals Service to arrest and take Thomas, whose last known address is 2249 S. 62nd Street, West Allis, Wisconsin, 53219, into custody and to bring her before the Honorable Brett H. Ludwig in Courtroom 320 of the United States District Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, Wisconsin. If Thomas does not cooperate, the Marshals are authorized to use necessary and reasonable force to enter the premises in which she resides and to effectuate taking her into custody.

**ENTERED** this 31st day of August, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge