**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

Court Minutes and Order

| | |
|---|---|
| HEARING DATE: | September 8, 2026 |
| JUDGE: | Brett H. Ludwig |
| CASE NO.: | 26-mc-12 |
| CASE NAME: | Logan v. Sinson |
| MATTER: | Civil Contempt–Princess Thomas |
| APPEARANCES: | Michael C. Stephenson, Matthew Howroyd, Attorneys for Petitioner Sinson<br>Elizabeth Wang, Melissa Martinez, Attorneys for Interested Party, Plaintiff Logan<br>Tony Masciopinto, Attorney for Interested Party, City of Chicago<br>Allyson West, Attorney for Interested Parties, Individual Officers<br>Princess Thomas, Third Party Witness |
| TIME: | 11:38 a.m.–11:56 a.m. |
| COURTROOM DEPUTY: | Julie D. |

**AUDIO OF THIS HEARING IS AT ECF NO. 15**

---

All counsel appeared by phone. Ms. Thomas, who was taken into custody by the U.S. Marshals Service, appeared in person. The Court began by briefly summarizing the procedural history of this miscellaneous case. The Court described its August 31, 2026 hearing at which witness Princess Thomas was held in civil contempt for failing to attend her deposition in response to a properly served subpoena and for failing to respond to this Court's order to show cause related to her subpoena non-compliance. At the conclusion of that hearing, the Court issued a writ of body attachment directing the U.S. Marshals Service to take Ms. Thomas into custody to enforce Petitioner's subpoena and compel her to sit for a deposition.

The Court then explained to Ms. Thomas that she had been found in civil contempt and would remain in contempt until she complied with the subpoena and sat for her deposition. Ms. Thomas explained her refusal to appear based on her frustrations with Plaintiff Logan but promised that she would now comply and sit for her deposition. Counsel for Petitioner suggested, and Ms. Thomas agreed, that the deposition take place on September 15, 2026 at 10:30 a.m. at a location to be determined by counsel and Ms. Thomas. The Court will hold Ms. Thomas's civil contempt order in abeyance until her deposition is completed. Petitioner will file a written confirmation on the docket when Ms. Thomas's deposition is completed. After that report is filed, the Court will

purge the contempt finding and close this miscellaneous action. Given Ms. Thomas's concerns about being harassed for participating in the case, the Court found that good cause exists to restrict access to the recording of this hearing to the parties.

Counsel for Plaintiff indicated an objection based on a discovery order in the underlying case, limiting Defendants to fifteen depositions. The Court noted that any discovery disputes about that order would be resolved by the Northern District of Illinois.

Accordingly,

**IT IS ORDERED** that Princess Thomas's civil contempt order will be held in abeyance until the completion of her deposition on September 15, 2026. Counsel for Petitioner shall file a written confirmation after the deposition is completed.

**IT IS FURTHER ORDERED** that access to the recording of this telephonic hearing, ECF No. 15, shall be restricted to the parties in this case.

Dated at Milwaukee, Wisconsin on September 8, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge